# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS ZELADA CHAVARRIA,<br><br>　　　　　　　　　　Petitioner,<br><br>v.<br><br>JEREMY CASEY, et al.,<br><br>　　　　　　　　　　Respondents. | Case No.:  26-cv-0748-BJC-MMP<br><br>**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS** |

On November 27, 2025, Petitioner Jesus Zelada Chavarria, a citizen of El Salvador who last entered the United States on June 28, 2022, was detained by Respondents, and remains detained at the Imperial Detention Facility. Following his detention, Petitioner requested a bond hearing, but the bond was denied on January 6, 2026, based on "lack of jurisdiction."

On February 6, 2026, Petitioner filed the instant Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, asserting his continued detention exceeds statutory authority and violates the due process clause of the United States Constitution.  Petitioner requests that this Court assume jurisdiction over the matter, grant the Petition, and order Respondents to release Petitioner immediately or schedule a bond hearing before an immigration judge.

This Court set a briefing schedule and issued a limited stay.  ECF No. 2.

1   Respondents filed a Return to the petition on February 20, 2026, in which they note that
2   Petitioner is a member of the Bond Eligible Class certified in *Maldonado Bautista v.
3   Santacruz*, No. 5:25-CV-01873-SSS-BFM, 2025 WL 3713987, at *1 (C.D. Cal. Dec. 18,
4   2025).  The court in *Maldonado Bautist*a entered final judgment as to the Bond Eligible
5   Class on December 18, 2025.  *See Maldonado Bautista v. Noem*, No. 5:25-CV-01873-SSS-
6   BFM, 2025 WL 3678485 (C.D. Cal. Dec. 18, 2025). Respondents "acknowledge that
7   Petitioner is detained under 8 U.S.C. § 1226(a) and is entitled to an order from this Court
8   directing a bond hearing be held pursuant to 8 U.S.C. § 1226(a)." ECF No. 7 at 2.

9   Accordingly, the Court **GRANTS** the petition for a writ of habeas corpus.
10  Respondents shall hold a bond hearing **no later than March 6, 2026**, and cannot deny
11  bond at the hearing based on § 1225.  Respondents are enjoined from transferring Petitioner
12  before a bond hearing takes place.

13  **IT IS SO ORDERED**.
14  Dated:  February 20, 2026

*[signature: Bryan Cheeks]*

Honorable Benjamin J. Cheeks
United States District Judge